IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YANG BIN, | : | CIVIL NO. 3:CV-14-0104 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| ATTORNEY GENERAL ERIC HOLDER, *et al.*, | : | |
| Respondents | : | |

## ORDER

AND NOW, to wit, this 29th day of January 2014, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with this Court's Memorandum of this date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DENIED without prejudice.

2. As of the date of this order, ICE shall treat the petition for writ of habeas corpus as a request for release under 8 C.F.R. §§ 241.4 and 241.13. ICE shall provide petitioner with a response to his request within thirty days.

3. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court